TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00695-CV

Felix Aniobi, Appellant

v.

Gulf States Toyota, Inc.; Toyota Motor Sales, USA, Inc.; and Toyota of Irving, Inc.,
Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 97-07851, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 Because Felix Aniobi has failed to file appellant's brief in this cause, we will
dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on December 17, 1998. 
Accordingly, appellant's brief was due Monday, January 18, 1999. Appellant's first motion for
extension of time to file to file brief was granted to and including March 15, 1999, and the second
motion for extension of time to file brief was granted to and including April 14, 1999. By letter
dated May 6, 1999, the Clerk of this Court notified the parties that appellant's brief was overdue
and that the appeal was subject to dismissal unless appellant tendered a motion for extension of
time reasonably explaining the failure to file a brief. Thus far appellant has submitted neither a
brief nor the motion for extension of time to file.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed for Want of Prosecution

Filed: June 10, 1999

Do Not Publish